BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOE DOMINGUEZ, ) <br> and FELIX RUIZ, ) <br> ) <br> Defendants. ) <br> ) <br> ) | 1:10-CR-00363 LJO <br><br> ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS DEFENDANTS **DOMINGUEZ AND RUIZ** WITHOUT PREJUDICE <br> (Fed. R. Crim. P. 48(a)) |

IT IS HEREBY ORDERED that the charges as to JOE DOMINGUEZ and FELIX RUIZ, only, in the above-entitled case be dismissed without prejudice, in the interest of justice, pursuant to the motion by the Government.

IT IS SO ORDERED.

**Dated:   October 13, 2011**                    **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE

1